IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. DNCW3:01CR183-5 |
| | ) | (Financial Litigation Unit) |
| JENNIFER CARSTELLA TAYLOR, | ) | |
| Defendant. | ) | |
| and | ) | |
| | ) | |
| ACE HARDWARE CORPORATION, | ) | |
| Garnishee. | ) | |

## DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment filed December 22, 2010, (Docket No. 134), in this case against the defendant, Jennifer Carstella Taylor, is **DISMISSED**.

Signed: August 17, 2011

David C. Keesler
United States Magistrate Judge